v00154









 
 
 
NUMBER 13-04-440-CV
COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG
__________________________________________________________
IN RE: ROQUE TERCERO-ARANDA, RELATOR.
__________________________________________________________
On Petition for Writ of Mandamus
__________________________________________________________
MEMORANDUM OPINION
Before Chief Justice Valdez and Justices Hinojosa and Garza
Memorandum Opinion Per Curiam
 
          Relator, Roque Tercero-Aranda, filed a petition for writ of mandamus on August 26,
2004, asking this Court to order the trial court to rule on relator’s motions. After having
examined and fully considered relator’s petition for writ of mandamus, the Court DENIES
the petition. 
                                                                                      PER CURIAM


Memorandum opinion delivered and filed 
this the 7th day of September, 2004.